UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROTHA CHHAY,

       Plaintiff,

v.                                      CASE NO.:   3:15-cv-00696-MMH-MCR

FAR EAST MARKET LLC a/k/a FAR
EAST ASIAN MARKET; a Florida
limited liability company; DARA
NHEAN, Individually; and SOPHORN
KES, Individually,

       Defendants.
_____/

## JOINT NOTICE OF NON-OPPOSITION TO REPORT AND RECOMMENDATION

Plaintiff, ROTHA CHHAY, and Defendants, FAR EAST MARKET LLC a/k/a FAR EAST ASIAN MARKET, DARA NHEAN, and SOPHORN KES, by and through their undersigned counsel, hereby notify the Court that the Parties do not have any opposition to the Report and Recommendation entered in this matter on December 2, 2015. [D.E. 17].

Dated this 3rd day of December, 2015.

| | |
|---|---|
| /s/ ANGELI MURTHY | /s/ DEBORAH A. CATALANO |
| Angeli Murthy, Esquire | Deborah A. Catalano, Esquire |
| Florida Bar Number:  088758 | Florida Bar Number:  826995 |
| **MORGAN & MORGAN, P.A.** | **AKERMAN LLP** |
| 600 North Pine Island Road | 420 South Orange Avenue |
| Suite 400 | Suite 1200 |
| Plantation, Florida  33324 | Orlando, Florida  32801 |
| Telephone: (954) 318-0268 | Telephone:  (407) 423-4000 |
| Facsimile: (954) 327-3016 | Facsimile:  (407) 843-6610 |
| Email:  amurthy@forthepeople.com | Email:  deborah.catalano@akerman.com |
| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of December 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which I understand will send notification of such filing to all counsel of record.

/s/ ANGELI MURTHY
ANGELI MURTHY, ESQ.